JOSEPH A. COYLE v. CITY OF MINNEAPOLIS AND OTHERS.[1]

May 3, 1929.

No. 27,276.

*Mart M. Monaghan,* for appellant.
*Neil M. Cronin,* City Attorney, for respondents.

PER CURIAM.

The decision in Freding v. City of Minneapolis, 177 Minn. 122, 224 N. W. 845, determines this case. The order appealed from is affirmed.

[1]Reported in 225 N. W. 274.